**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD A. CHAPMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:04cv0090** |
| | ) | |
| **JO ANNE B. BARNHART, Commissioner of** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For all the reasons set forth in the Court's Memorandum Opinion, this Court finds that the administrative record contains substantial evidence to support the ALJ's conclusion that Plaintiff had the residual capacity to perform a significant range of light work and therefore was not disabled within the meaning of the Act. The Commissioner's decision denying benefits will be **AFFIRMED**. The Plaintiff's Motion for Judgment Based Upon the Administrative Record, Document #7, is **DENIED**.

**IT IS SO ORDERED.**

Thomas A. Wiseman, Jr.
Senior U.S. District Judge